UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-294 |
| § | |
| ALL FUNDS ON DEPOSIT AT OLD § | |
| MUTUAL OF BERMUDA LTD. § | |
| CONTRACT NUMBER CX4011696 IN § | |
| BERMUDA § | |

## **ORDER**

On April 29, 2014, the Court entered its Order Adopting Magistrate's Memorandum and Recommendations (D.E. 37). The Court adopted Magistrate Judge B. Janice Ellington's Memorandum and Recommendation ("M&R") (D.E. 30) and denied Claimants' Motion to Dismiss Pursuant to Rule 12(b)(6) (D.E. 7).

Now pending before the Court is Claimants' [Jorge Juan Torres and Maria Carlota Llaguno de Torres] Request for Reconsideration of Court's Order Adopting Magistrate's Memorandum and Recommendations (D.E. 39). Claimants complain that the Court's April 29, 2014 Order incorrectly states that Claimants failed to object to the M&R. According to Claimants, they filed timely objections to the M&R on March 14, 2014. However, the M&R at issue was entered five days later, on March 19, 2014. Claimants did file objections to the M&R regarding the Government's Motion for Finding of Fugitive Disentitlement as to Jorge Juan Torres Lopez and Claimants' Motion to Stay (D.E. 26), but they did not object to the M&R regarding their motion to dismiss.

Claimants' Request for Reconsideration of Court's Order Adopting Magistrate's Memorandum and Recommendations (D.E. 39) is therefore **DENIED**.

ORDERED this 12th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE