UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-294 |
| § | |
| ALL FUNDS ON DEPOSIT AT OLD § | |
| MUTUAL OF BERMUDA LTD. § | |
| CONTRACT NUMBER CX4011696 IN § | |
| BERMUDA § | |

## ORDER

Pending is Claimants' appeal of the Magistrate Judge's order denying their motion to take deposition by remote electronic means entered on May 13, 2014 (D.E. 44). Plaintiff is ordered to respond to the appeal on or before May 28, 2014. The depositions scheduled in this matter for May 15, 2014 are cancelled, pending resolution of the appeal.

ORDERED this 14th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE