UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-294 |
| | § | |
| ALL FUNDS ON DEPOSIT AT OLD | § | |
| MUTUAL OF BERMUDA LTD. | § | |
| CONTRACT NUMBER CX4011696 IN | § | |
| BERMUDA | § | |

## **ORDER**

The Court has reviewed the Magistrate Judge's Order (D.E. 43), Claimants' appeal (D.E. 44), and Plaintiff's response to the appeal (D.E. 46.) The Court finds that the Magistrate Judge's decision is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72 (a). The decision of the Magistrate Judge is AFFIRMED.

ORDERED this 19th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE