UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br><br>ALL FUNDS ON DEPOSIT<br>AT OLD MUTUAL OF BERMUDA, LTD.<br>CONTRACT NUMBER CX4011696<br>IN BERMUDA<br>Defendant, | § § § § § § § § § § § | CIVIL ACTION NO. 13-CV-00294-C |

## ENTRY OF DEFAULT AND FINAL JUDGMENT OF FORFEITURE BY DEFAULT

Pending before the Court is the Plaintiff's Motion for Entry of Default and Final Judgment of Forfeiture by Default under Rule 55 of the Federal Rules of Civil Procedure. The Court makes the following findings regarding this forfeiture action:

1. Proper notice of this forfeiture action was served upon all persons known to have a potential interest in All Funds on Deposit at Old Mutual of Bermuda, Ltd. Contract Number X4011696 in Bermuda ("Defendant Property").

2. Proper notice of this forfeiture action was posted on an official internet government forfeiture site for at least thirty (30) consecutive days pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

3. There is no claim or answer on file challenging the forfeiture of Defendant

1

Property.

4. The Complaint for Forfeiture *In Rem* against Defendant Property sets forth sufficient evidence to establish the forfeiture of Defendant Property by a preponderance of the evidence.

Accordingly, it is ORDERED:

1. That any person or entity who could assert an interest in Defendant Property is held in Default;

2. That Final Judgment of Forfeiture by Default is entered in favor of the United States of America and against Defendant Property;

3. That Defendant Property is forfeited to the United States of America; and

4. That the United States of America shall dispose of Defendant Property in accordance with applicable law.

THIS IS A FINAL JUDGMENT.

SIGNED at Corpus Christi, Texas, on this the 3rd day of August, 2015.

_____
Honorable Nelva Gonzales Ramos
United States District Judge